## SMITH *v.* THE PROPELLER NIAGARA.

(April Term, 1866.)

NOTICE *of a motion to dismiss an appeal* is not required. The appellant is in court, and must take notice of a motion to dismiss his cause.